**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Adena Wilson,                                      Civil No. 08-3792 (RHK/JJG)

          Plaintiff,                              **DISQUALIFICATION AND**
                                                              **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

          Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  July 1, 2008

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge